1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  RODNEY C. VILLAZOR (NYBN 4003596)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, CA  94612
     Telephone: (510) 637-3689
7    Fax: (510) 637-3724
     E-mail: rodney.villazor@usdoj.gov
8
9  Attorneys for Plaintiff

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND BRANCH

14 UNITED STATES OF AMERICA,        )   No. MJ 12-71312 MAG
                                    )
15         Plaintiff,                )
                                    )
16     v.                            )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO SET PRELIMINARY
17 JOHN LEE COBB,                   )   HEARING OR ARRAIGNMENT
                                    )   ON MARCH 8, 2013
18                                  )
           Defendant.                )
19 _____)

20

21     The above-captioned matter was previously set on February 4, 2013 before

22 Magistrate Judge Donna M. Ryu for a preliminary hearing or arraignment.  The parties

23 request that this Court set this matter for a preliminary hearing or arraignment on March

24 8, 2013 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between

25 February 4, 2013 and March 8, 2013.  The parties stipulate that the time is excludable

26 from the time limitations of the Speedy Trial Act because the interests of justice are

27 served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

28 STIPULATION AND EXCLUSION OF TIME
   MJ 12-71312 MAG

                                    1

Such continuance is required because the government has produced discovery, and defense counsel needs time to review the discovery and, in addition, research legal and factual issues. This continuance will allow the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between February 4, 2013 and March 8, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  January 31, 2013    Respectfully submitted,

MELINDA HAAG
United States Attorney

   */s/*
RODNEY C. VILLAZOR
Assistant United States Attorney

   */s/*
JOYCE LEAVITT
Attorney for John Lee Cobb

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until March 8, 2013 at 9:30 a.m. before the Magistrate Court, and time is excluded until March 8, 2013.

**IT IS SO ORDERED.**

DATED: 1/30/13

KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND EXCLUSION OF TIME
MJ 12-71312 MAG

2